**Order entered September 23, 2021**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00729-CV

## POSITIVE TRANSPORTATION LLC, THOMAS WHALEY AND THOMAS HATTON, JR., Appellants

### V.

## TTS, LLC, Appellee

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-09409**

### ORDER

Before the Court is appellants' September 21, 2021 unopposed motion for a twenty-day extension of time to file their brief. We **GRANT** the motion and **ORDER** the brief be filed no later than October 12, 2021.

/s/     CRAIG SMITH
         JUSTICE